IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AHMAD TEJAN KUYATEH (TDCJ No. 2205021), | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:19-CV-1903-M-BN |
| THOMAS A. WILDER, ET AL., | § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

This action is therefore TRANSFERRED to the Fort Worth Division of the Northern District of Texas.

SO ORDERED this 16th day of September, 2019.

BARBARA M. G. LYNN
CHIEF JUDGE